The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>LUCRETIA JAMES,<br><br>                Defendant. | 2:08-cr-00244-RLS-3<br><br>PROPOSED ORDER GRANTING CBC'S MOTION TO INTERVENE AND TO UNSEAL CRIMINAL SENTENCING RECORDS FOR LUCRETIA JAMES<br><br>Note on Motion Calendar: October 2, 2009 |

This matter came on regularly for hearing upon the motion of the Canadian Broadcasting Corporation's ("CBC") Motion to Intervene and to Unseal the Sentencing Records for Lucretia James, Cause No. 2:08-cr-00244-RLS-3.

The Court has heard the parties' arguments and reviewed the party's briefing and the records on file. The Court hereby finds as follows:

    1.    The CBC has a right to seek access to pretrial criminal proceedings and judicial documents pursuant to the First Amendment, and

    2.    The United States Attorney has not met its burden of justifying the documents it filed under seal for of the file for Cause No. 2:08-cr-00244-RLS-3.

[PROPOSED] ORDER GRANTING
THE CBC'S MOTION TO INTERVENE AND TO UNSEAL
THE CRIMINAL FILE FOR LUCRETIA JAMES
Cause No. 2:08-cr-00244-RLS-3— 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DWT 13377545v1 0090291-000001

1  The Court hereby orders as follows:

2  1.   The CBC's motion to intervene for the limited purpose of challenging the
3  sealing of this case is GRANTED.

4  2.   The CBC's motion to unseal the plea agreement and the sentencing
5  memorandum filed by the United States Attorney is GRANTED. The plea agreement and
6  sentencing report (Docket #s 20 and 30), shall be unsealed and made available to the CBC
7  within 24 hours.

8  IT IS SO ORDERED.

10  DONE IN OPEN COURT this _____ day of September, 2009.

12  _____
    The Honorable Robert S. Lasnik

14  Presented by:

    Davis Wright Tremaine LLP
15  Attorneys for the Canadian Broadcasting Corporation

17  By _____
    Bruce E.H. Johnson, WSBA No. 7667
18  Sarah K. Duran, WSBA No. 38954
    1201 Third Avenue, Suite 2200
19  Seattle, WA 98101-3045
    Telephone: (206) 622-3150
20  Telephone: (206) 757-8035
    Fax: (206) 757-7700
21  E-mail: brucejohnson@dwt.com
    E-mail: sarahduran@dwt.com

[PROPOSED] ORDER GRANTING
THE CBC'S MOTION TO INTERVENE AND TO UNSEAL
THE CRIMINAL FILE FOR LUCRETIA JAMES
Cause No. 2:08-cr-00244-RLS-3— 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DWT 13377545v1 0090291-000001