UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                      Plaintiff(s),

       vs.

LUCRETIA JAMES,

                 Defendant(s).

No. CR08-244RSL

MINUTE ORDER

      The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

      A hearing on the Canadian Broadcasting Corporation's Motion to Intervene and Unseal

Sentencing Records for Lucretia James (Dkt. #65) has been scheduled for **Thursday, October 8, 2009 at**

**8:30 a.m.** in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

      DATED this 29th day of September, 2009.

/s/Kerry Simonds_____
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER