The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR 08 0244RSL-003 |
| v. | MOTION TO SEAL DEFENDANT'S OPPOSITION TO CBC'S MOTION TO INTERVENE AND UNSEAL SENTENCING RECORDS |
| LUCRETIA IRIS JAMES, | |
| Defendant. | Noted For: October 2, 2009 |

Comes now the defendant, Lucretia James, by and through her counsel of record, Jon R. Zulauf and hereby moves this Court for an Order allowing Defendant's Opposition to CBC's Motion to Intervene and Unseal Sentencing Records be filed under seal. A declaration of counsel in support of this motion has been filed in accordance with the ECF case filing system procedures. Respectfully submitted this 1st day of October, 2009.

Jon R. Zulauf WSBA 36936
Attorney For Lucretia James

MOTION TO SEAL DEFENDANT'S
OPPOSITON TO CBC'S MOTION TO INTERVENE - 1

ZULAUF & CHAMBLISS
TOWER BUILDING, SUITE 1301
1809 SEVENTH AVENUE
SEATTLE, WASHINGTON 98101
(206) 682-1114

Certificate of Service

I hereby certify that on October 1, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the government. I hereby certify that I have served the attorneys of record for the government that are non CM/ECF participants via United States Mail, postage prepaid.

/sDarlene McLean
Darlene McLean
Legal Assistant for
Jon R. Zulauf
1809 7th Avenue Suite 1301
Seattle, WA 98101
Phone – 206.682.1114
Fax – 206.343.5015

MOTION TO SEAL DEFENDANT'S
OPPOSITON TO CBC'S MOTION TO INTERVENE - 2

ZULAUF & CHAMBLISS
TOWER BUILDING, SUITE 1301
1809 SEVENTH AVENUE
SEATTLE, WASHINGTON 98101
(206) 682-1114