The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. 08 00244RSL-003 |
| ) | |
| v. ) | [PROPOSED] ORDER TO SEAL DEFENDANT'S OPPOSITION TO CBC'S MOTION TO INTERVENE AND UNSEAL SENTENCING RECORDS |
| ) | |
| LUCRETIA JAMES, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court, having considered the Defendant's opposition to CBC's Motion to Intervene and Unseal Sentencing Records for Lucretia James and the files and record herein

ORDER TO SEAL DEFENDANT'S OPPOSITION
TO CBC'S MOTION TO INTERVENE AND UNSEAL
SENTENCING RECORDS - 1

ZULAUF & CHAMBLISS
TOWER BUILDING, SUITE 1301
1809 SEVENTH AVENUE
SEATTLE, WASHINGTON 98101
(206) 682-1114

IT IS ORDERED that the Defendant's Motion to Seal is hereby granted and the Defendant's Opposition to CBC"s Motion to Intervene and Unseal Sentencing Records for Lucretia James shall be sealed.

DATED this 1st day of October, 2009.

_____
Judge Robert S. Lasnik

Presented by:

ZULAUF & CHAMBLISS

_____
Jon R. Zulauf WSBA # 6936
Attorney For Lucretia James

ORDER TO SEAL DEFENDANT'S OPPOSITION
TO CBC'S MOTION TO INTERVENE AND UNSEAL
SENTENCING RECORDS - 2

ZULAUF & CHAMBLISS
TOWER BUILDING, SUITE 1301
1809 SEVENTH AVENUE
SEATTLE, WASHINGTON 98101
(206) 682-1114

## Certificate of Service

I hereby certify that on October 1, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the government. I hereby certify that I have served the attorneys of record for the government that are non CM/ECF participants via United States Mail, postage prepaid.

/sDarlene McLean
Darlene McLean
Legal Assistant for
Jon R. Zulauf
1809 7th Avenue Suite 1301
Seattle, WA 98101
Phone – 206.682.1114
Fax – 206.343.5015

ORDER TO SEAL DEFENDANT'S OPPOSITION
TO CBC'S MOTION TO INTERVENE AND UNSEAL
SENTENCING RECORDS - 3

ZULAUF & CHAMBLISS
TOWER BUILDING, SUITE 1301
1809 SEVENTH AVENUE
SEATTLE, WASHINGTON 98101
(206) 682-1114