| | |
|---|---|
| 1 | Chief Judge Robert S. Lasnik |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                                  ) | CR08-244RSL |
|            Plaintiff,     ) | |
|   v.                         ) | [PROPOSED] ORDER ON MOTION |
| LUCRETIA JAMES,     ) | TO INTERVENE AND |
|                                  ) | MOTION TO UNSEAL |
|            Defendant.     ) | |

This matter having come on before the Court on Proposed Intervener CBC's Motion to Intervene and Motion to Unseal certain documents in the above-noted file, the Court having heard argument of counsel, reviewed the files and records herein, now FINDS

    1. CBC has no standing to intervene in this matter pursuant to the First Amendment;

    2. CBC has standing to intervene as a member of the press and public pursuant to common law;

    3. The United States has made a substantial factual showing of compelling government interests in continuing the sealing of the requested documents, in that it has shown there is a sensitive, on-going investigation which would harmed by the requested unsealing and, further, that real danger to the safety of others would be increased by the requested unsealing.

//

//

ORDER ON CBC MOTIONS TO INTERVENE
AND TO UNSEAL/JAMES - 1
CR08-244RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970

1  NOW therefore, it is ORDERED

2      1. That CDC's motion to intervene pursuant to a First Amendment claim is DENIED.

3      2. That CDC's motion to intervene pursuant to common law is GRANTED.

4      3. That CDC's motion to unseal certain documents is DENIED.

6      DONE IN OPEN COURT this _____ day of October, 2009.

                                                        ROBERT S. LASNIK
                                                        Chief Judge, United States District Court

ORDER ON CBC MOTIONS TO INTERVENE
AND TO UNSEAL/JAMES - 2
CR08-244RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970