The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA. <br><br> Plaintiff, <br><br> v. <br><br> LUCRETIA JAMES, <br><br> Defendant. | NO. CR08-244 RSL <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO SEAL DEFENDANT'S MOTION TO INTERVENE AND UNSEAL SENTENCING RECORDS** |

I, Jon R. Zulauf, declare the following to be true and correct to the best of my ability under penalty of perjury:

1. I have been appointed to represent the defendant, Lucretia James, who recently pled guilty to the crime of "conspiracy to possess with intent to distribute controlled substances."

2. It is alleged that she helped to deliver (as a mule) 72 kilograms of cocaine and 200,000 doses of MDMA.

DECLARATION OF COUNSEL
IN SUPPORT OF
MOTION TO SEAL - 1

ZULAUF & CHAMBLISS
TOWER BUILDING, SUITE 1301
1809 SEVENTH AVENUE
SEATTLE, WASHINGTON 98101
(206) 682-1114

3.

4. Ms. James fears for her own safety and the safety           if pleadings containing her cooperation agreements are revealed to the public.

5.

6.

7. Several unidentified people have made inquiries about when Ms. James will be released from prison.

8. For these reasons, Ms James believes that un-sealing court records would put her life            in jeopardy.

9. For these reasons, Ms. James requests that the "Defendant's Opposition to the CBC's motion to intervene and unseal records" should itself be sealed.

Respectfully submitted this 8th day of October, 2009.

Zulauf & Chambliss

/s Jon R. Zulauf
Jon R. Zulauf WSBA #6936
Attorney For Lucretia James

ZULAUF & CHAMBLISS

DECLARATION OF COUNSEL
IN SUPPORT OF
MOTION TO SEAL - 2

TOWER BUILDING, SUITE 1301
1809 SEVENTH AVENUE
SEATTLE, WASHINGTON 98101
(206) 682-1114

## Certificate of Service

I hereby certify that on October 8, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the government. I hereby certify that I have served the attorneys of record for the government that are non CM/ECF participants via United States Mail, postage prepaid.

/sDarlene McLean
Darlene McLean
Legal Assistant for
Jon R. Zulauf
1809 7th Avenue Suite 1301
Seattle, WA 98101
Phone – 206.682.1114
Fax – 206.343.5015

DECLARATION OF COUNSEL
IN SUPPORT OF
MOTION TO SEAL - 3

ZULAUF & CHAMBLISS
TOWER BUILDING, SUITE 1301
1809 SEVENTH AVENUE
SEATTLE, WASHINGTON 98101
(206) 682-1114