# EXHIBIT I

United Nations Gang And The Hells Angels - bc.general | Google Groups   Page 1 of 13
Case 2:08-cr-00244-RSL   Document 85-2   Filed 10/09/09   Page 2 of 4

Google groups                                                    Help | Sign in

# bc.general

[Search this group] [Search Groups]

## United Nations Gang And The Hells Angels    Options

**Discussions**
+ new post

23 messages - Collapse all

Greg Carr  View profile              More options  Aug 13 2007, 5:05 am

City's street gangs just keep multiplying

About this group
Subscribe to this group

(There are 124 the last time I read anything about it as oppossed to 50 a yr before. The Five Crowns gang seems to have fallen apart because of heroin
addiction.)

This is a Usenet group - learn more

Sponsored links

They grow dope, sell coke, use guns, knives or hitmen to halt opposition

1 Tip of a flat belly :
Cut down 3 lbs of your belly every week by using this 1 weird old tip.
Fatburningfurnace.com

    Andy Ivens
    The Province

Buy "Doberman" DVD Movie
Daring Doberman 1973 Gang
Doberman
Amazing Doberman 1976
MoviesHours.com/Doberman+DVD+IV

Friday, August 10, 2007

Bloods Symbols
Search multiple engines for bloods symbols
www.webcrawler.com

Ten years in the trenches, riding herd on Vancouver's violent street gangs, has left Det. Doug Spencer with the kind of despair that comes from trying to push water uphill.

"I was almost running in sand," said Spencer, who recently left the gang squad to join the Vancouver police youth squad.

"We'd catch these guys and, of course, the courts would give them nothing. I
thought, it's better to be pro-active and try to get to some of the youth to try and enlighten these kids," he told The Province yesterday.

(Believe me no one likes going to the VPD lock-up. I understand the frustrastion to a certain point but these ppl hate arrest so much they will flee, fight and hurt ppl who help the police.)

He offers a short list of the street gangs that are terrorizing the Lower Mainland.

UN GANG

"They have a complete propensity for violence. If you cross them, they'll shoot you.

"They've actually been going at it with the bikers for a couple of years out in the Valley there. The Hells Angels want nothing to do with them. The [Angels] don't want to get down in the dirt with them.

"The UN are on their way up and they have huge numbers" -- 100 members and
100 associates.

(Seen them around and it has been reported that they have forced the Hell's

9

*under UN gang murder*





# DOSE.ca

**Hot Topics:**
Dose.ca's Guide to TIFF



Search

Home | Celebrity | Music | Movies | TV | Games | Fashion | News | Sign Up | Contact | Video

**Top National News**

 Canada's new murder capital

 Flaherty offers no date for return to surplus

 Alta. man charged with killing brother

Duplessis's name still mud on 50th anniversary of death

**Ads By Google**

## 'Murder kit' found at Canadian gang leader's l

**Kim Bolan**
Published: Wednesday, June 11, 2008

VANCOUVER - The Canadian leader of the notorious United Nations gang appeared to be plotting the murder of a rival when he was arrested by U.S. authorities last month, according to court documents filed Tuesday in a Seattle court.

The stunning, nine-page submission to support the detention of Clayton Roueche says when Canadian police searched his Coquitlam, B.C., apartment last month, they found what "constitutes a kit for kidnapping or murder."

"Agents found an illegally owned and stored Glock, extended magazines for the Glock, night-vision goggles, balaclava, handcuffs, pepper spray along with pictures of a rival gang leader," the court documents say. "Other UN gang paraphernalia was found which reflects the violent nature of the group."



So you've got mor to do your bank
Open 8 'til late six days s

Roueche was en route to Mexico on May 17 for the Cancun wedding of another UN g when he was turned away by Mexican police, who had been told by U.S. and Canadi about his gang connections.

Roueche was put on a return flight that landed in Fort Worth, Tex., where he was ar Americans on charges of conspiracy to import and export cocaine and marijuana.

Roueche was so panicked about landing in the U.S., he began sending BlackBerry m friends before the flight touched down in Texas, indicating he was worried and provi account information and access codes.

In an intercepted call last April, Roueche told his girlfriend, Pamela Lee, that if he tra U.S., he'd be in jail "for, like, 20 years."

The court documents also say while Roueche was in U.S. custody, he made coded te gang members in B.C., ordering an emergency meeting to be held May 31, 2008, at house.

10

The same day, B.C.'s Integrated Gang Task Force arrested two Roueche rivals, Jarrod and Jamie Bacon, in Burnaby, and issued an extraordinary public warning about death threats to the Bacons and the potential risk to anyone around them.

The Combined Forces Special Enforcement Unit (CFSEU) watched as about 20 UN gang members attended the meeting, the documents say.

"The UN gang historically has solved internal conflict by organized beatings and they are devotees of the martial arts and UFC (Ultimate Fighting Champion) contests according to CFSEU and surveillance. The beatings are rarely reported to the police."

Roueche was convicted of assault in October 2007, "after police officers witnessed Roueche landing several blows, including one to the face, of a man at a rave party," the submission says.

The documents also suggest Roueche was behind some 2007 shootings in Chilliwack.

After the gunplay, "Roueche's vehicle was stopped and found to contain a sophisticated hidden compartment in the centre console of the passenger area. That centre console was full of handguns, including an illegal and loaded pistol, several clips from a Sig firearm, and a photograph of rival gang members," the court documents state.

Roueche is alleged to be an international drug trafficker - with U.S. agencies claiming he was behind two dozen "cocaine exporting trips from the U.S. into Canada," as well as the importation into the U.S. of more than 907 kilograms (2,000 pounds) of B.C. bud.

Roueche claims on his income tax forms to earn a modest living from his parents' business, even though Canadian authorities claim their surveillance has never seen him working over the years.

"Roueche has no apparent employment other than the UN gang and his community is the UN gang," the documents state.

Roueche was denied bail Tuesday and will be held in custody pending his next Seattle court appearance.

 SHARE    Send to a Friend      MAKE DOSE.CA YOUR HOME PAGE

 More from Dose.ca

    

**Back to School Guide**   **Dose.ca's Guide to TIFF**   **Download Dose.ca's Essential Mix**   **Interview: Amy Millan**   **Star St Photos**

Sections: Home | Celebrity | Music | Movies | TV | Games | News | Contests | Speak Up | Xtreme | Video | ClubDose | TV Listing:
Events in: Calgary | Edmonton | Montreal | Ottawa | Toronto | Vancouver | Atlanta | Boston | Chicago | Denver | Las Vegas | Los New York | Philadelphia | San Diego | San Francisco | Seattle | Washington DC
RSS: Celebrity | Music | Movies | TV | National News | World News

Blog Log In | Blog Log Out | Register | Edit Profile | Website Questions / Comments | Give Us Your Feedback | Dose::Blast Newsle

© 2009 Canwest Publishing Inc. All rights reserved. Unauthorized distribution, transmission or republication strictly prohibited.
Advertise With Us | Media Kit | Terms and Conditions | Privacy

11