1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Chief Judge Robert S. Lasnik

08-CR-00244-AF

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,           )
                                    )     CR08-244RSL
            Plaintiff,              )
                                    )
      v.                            )     [PROPOSED]
                                    )     ORDER GRANTING *IN CAMERA*
                                    )     REVIEW OF AFFIDAVITS AND
LUCRETIA JAMES,                     )     ORDER SEALING THOSE
                                    )     AFFIDAVITS
            Defendant.              )
_____)

      This matter comes before the Court on the government's *Ex Parte* motion for an *in camera* review of two brief affidavits relating to a pending motion to intervene and to unseal brought by CBC in the above entitled matter.

      The Court having considered the files and records of this matter and being familiar with the facts, including that the government, having responded in an open pleading and accompanying factual affidavit to the motions, is now requesting to supplement the factual basis for the need to seal by these two affidavits which contain highly sensitive facts relevant to an ongoing, active investigation and relevant to the safety of co-defendants, who have cooperated or who continue to cooperate, with law enforcement, and to their families.

MOTION & ORDER FOR
*IN CAMERA* REVIEW
JAMES- 3 (CR08-244)

1

2    NOW THEREFORE, the Court grants the request for *in camera* review and, having

3  conducted the *in camera* review, finds it appropriate and necessary to have filed the two

4  affidavits ex parte and under seal, and

5    FURTHER, ORDERS that the *ex parte* affidavits will be sealed until further order of the

6  Court.

7    DATED this _8th_ day of October, 2009.

8

9

10                                        *MW S Lasnik*
                                          _____
                                          ROBERT S. LASNIK
11                                        Chief Judge, United States District Court

12

    Presented by:
13
    *Wullylu.lw*
14  s/ Susan M. Roe
    SUSAN M. ROE
15  Assistant United States Attorney
    WSBA 13000
16  United States Attorney's Office
    700 Stewart Street, Suite 5220
17  Seattle, Washington 98101-1271
    Telephone: 206.553.1077
18  Fax: 206.553.4440
    Email: Susan.Roe@usdoj.gov
19

20

21

22

23

24

25

26

27

28

MOTION & ORDER FOR
*IN CAMERA* REVIEW
JAMES- 4 (CR08-244)