PROB 12A
(01/05)

# United States District Court

for

## Western District of Washington

Report on Offender Under Supervision

**Name of Offender:** Lucretia Iris James      **Case Number:** 2:08CR00244RSL-003

**Name of Judicial Officer:** The Honorable Robert S. Lasnik

**Date of Original Sentence:** 02/13/09      **Date of Report:** 4/26/11

**Original Offense:** Conspiracy to Possess with Intent to Distribute Controlled Substances

**Original Sentence:** 18 months custody; 5 years supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 06/26/09

**Special Conditions Imposed:**

☒ **Substance Abuse**      ☐ Financial Disclosure      ☐ Restitution

☒ **Mental Health**      ☐ Fine      ☐ Community Service

☒ **Other:** search and reside in a residential re-entry center for up to six months as directed by the U.S. Probation Office

---

## NONCOMPLIANCE SUMMARY

The probation officer believes that Lucretia Iris James has violated conditions of supervision by:

Violation
Number     Nature of Noncompliance

1. Possessing ammunition on or about April 13, 2011, in violation of the standard condition that the defendant shall not possess a firearm, ammunition, destructive device, or other dangerous weapons.



08-CR-00244-TN

The Honorable Robert S. Lasnik Page 2
Report on Offender Under Supervision

Re: JAMES, Lucretia Iris

U.S. Probation Officer Action:

On December 1, 2010, the undersigned submitted a request for transfer of supervision for Ms. James to the Eastern District of Washington. Ms. James requested to return to Coulee Dam, WA, where she owns a home. At that time, Ms. James' two children were in the care of her mother in Canada, but were going to return to Coulee Dam to reside with Ms. James. Ms. James planned to remain in Coulee Dam while continuing to seek a full-time job in Western Washington. Ms. James' case was subsequently accepted for courtesy supervision by the U.S. Probation Office in Spokane, WA.

On April 7, 2011, I submitted a transfer of jurisdiction request to the Eastern District of Washington for Ms. James, as she had failed to locate employment in Seattle, and it did not appear she had any current plans of returning. Ms. James was being supervised by USPO Richard Law from the Spokane probation office. On April 13, 2011, USPO Law conducted a home visit at Ms. James' residence. Ms. James was not home, but her mother, Marilyn James, was present. She allowed USPO Law into the residence to complete a home inspection. USPO Law observed Marilyn James quickly place something in her pocket which was suspicious to him. While on a tour of the residence, USPO Law observed empty alcohol containers and located a box of a shotgun shells in Ms. James' bedroom. Marilyn James advised the shotgun shells belonged to her husband, David Alexis. USPO Law asked repeatedly if there was a firearm in the residence and she said no. He then asked Marilyn James what she had placed in her pocket upon his arrival and she indicated it was marijuana. Marilyn James advised it belonged to her, and said it did not belong to her daughter, Lucretia.

USPO Law contacted Lucretia James via telephone and instructed her to report to the probation office. Ms. James complied with the request and submitted a urinalysis. The urinalysis tested negative for illicit substances. On April 14, 2011, USPO Law met with Ms. James, who did not appear to understand the gravity of the situation. USPO Law reviewed Ms. James' conditions of supervision and directed her to advise others at her residence, specifically her mother and step-father, that if they were going to consume alcohol and illegal substances, and possess firearms/ammunition, that she would be required to move. Ms. James acknowledged her understanding of her conditions of supervision and USPO Law's directives.

On April 26, 2011, I spoke with Ms. James and expressed my concerns regarding the circumstances of USPO Law's visit to her residence on April 13, 2011. Ms. James has assured this officer that no future violations of this nature will take place. She reiterated that the shot gun shells belonged to her step-father who had previously lived in her residence. Additionally, Ms. James reported that she does not use marijuana nor does she consume alcohol. Ms. James is now participating in random drug testing to detect any drug/alcohol use. Ms. James also advised that her mother and step-father will be returning to their residence in Canada within the next week.

The Honorable Robert S. Lasnik                                                  Page 3
Report on Offender Under Supervision

Re: JAMES, Lucretia Iris

USPO Law has denied this officer's request for transfer of supervision at this time. According to Ms. James, she is in the process of exploring jobs in both Western/Eastern Washington with the hope of locating employment in Seattle. Should this occur, I will resume supervision of Ms. James. Until that time, USPO Law will continue to supervise Ms. James. Ms. James now understands the seriousness of the violation and the potential consequences she could have faced to include possible new charges. This represents Ms. James' first violation report to the Court since supervision commenced. We are recommending no action be taken at this time, and Ms. James has been advised of the possibility of further Court action should she incur additional violations of supervision.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of April, 2011.

Sara K. Moore
U.S. Probation Officer

APPROVED:
Connie Smith
Chief U.S. Probation and Pretrial Services Officer
BY:
Kathi Stringer
Supervising U.S. Probation Officer

skm

---

THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ No Action Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Signature of Judicial Officer

April 28, 2011
Date