

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
District Court Executive
Clerk of Court

**LORI LANDIS**
Chief Deputy Clerk

July 20, 2011

Clerk, United States District Court
Eastern District of WA
Thomas S. Foley US Courthouse
920 W. Riverside Ave, Ste. 840
Spokane, WA  99201

RE:   USA v. Lucretia Iris James
      YOUR CASE NUMBER:  not provided
      OUR CASE NUMBER:   CR08-244RSL

Dear Clerk:

    Pursuant to the Order Transferring Probation Jurisdiction in the above-captioned case, enclosed are certified copies of:

- [x] Docket sheet
- [x] Indictment or Information
- [x] Judgment & Commitment
- [x] Plea Agreement — SEALED —
- [x] Financial Case Record (from Financial Dept.)
- [ ] Other:

    Please acknowledge receipt of the above documents by returning the enclosed copy of this letter.



08-CR-00244-LTR

Sincerely,

WILLIAM M. MCCOOL
DISTRICT COURT EXECUTIVE

by <u>Rhonda Stiles</u>
    Deputy Clerk

Enclosures
cc:   AUSA, USPO
       FLU Unit – U.S. Atty's Office

| Prob 22<br>(Rev 2/88)<br><br>**TRANSFER OF JURISDICTION** | Docket Number (Transferring Court)<br><br>**2:08CR00244RSL-003** | |
|---|---|---|
| | Docket Number (Receiving Court) | |
| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>**LUCRETIA IRIS JAMES**<br>**1006 Central Dr.**<br>**Coulee Dam, WA 99116** | DISTRICT<br><br>WESTERN<br>WASHINGTON | DIVISION<br><br>SEATTLE |
| | NAME OF SENTENCING JUDGE<br><br>**The Honorable Robert S. Lasnik** | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>**06/26/09** | TO<br>**06/25/14** |

OFFENSE   Conspiracy to Possess with Intent to Distribute Controlled Substances

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___WESTERN___ DISTRICT OF ___WASHINGTON___

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Eastern District of Washington___ upon the Court's order of acceptance of jurisdiction. The Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_June 10, 2011_          _/s/ Robert S. Lasnik_
DATE                           UNITED STATES DISTRICT JUDGE

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___EASTERN___ DISTRICT OF ___WASHINGTON___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_7/7/11_          _/s/ Rosanna Malouf Peterson_
DATE                UNITED STATES DISTRICT JUDGE