The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR 08 0244RSL-003 |
| ) | |
| v. ) | [PROPOSED] ORDER AUTHORIZING |
| ) | TRAVEL OUTSIDE THE UNITED STATES |
| LUCRETIA IRIS JAMES, ) | |
| ) | |
| ) | |
| Defendant. ) | |

The Court having heard the Defendant's Motion to Authorize Travel Outside the United States, and having considered the records and files herein,

Now hereby Orders:

ORDER AUTHORIZING TRAVEL
OUTSIDE THE UNITED STATES - 1

ZULAUF & CHAMBLISS
THE HOGE BUILDING, SUITE 1111
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-1114

The terms and conditions of Lucretia James Probation are hereby modified to authorize travel to Jamaica between December 22, 2012 and January 5, 2013, so that Ms. James may attend her sister's wedding.

DATED this _____ day of November, 2012.

_____
The Honorable Judge Robert S. Lasnik

Presented by:

_____
Jon R. Zulauf – WSBA # 6936
Counsel for Lucretia James

ORDER AUTHORIZING TRAVEL
OUTSIDE THE UNITED STATES - 2

ZULAUF & CHAMBLISS
THE HOGE BUILDING, SUITE 1111
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-1114

## Certificate of Service

I hereby certify that on November 20, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the government. I hereby certify that I have served the attorneys of record for the government that are non CM/ECF participants via United States Mail, postage prepaid.

/sDarlene McLean
Darlene McLean
Legal Assistant for
Jon R. Zulauf
The Hoge Building Suite 1111
704 Second Avenue
Seattle, WA 98104
Phone – 206.682.1114
Fax – 206.658.2401

ORDER AUTHORIZING TRAVEL
OUTSIDE THE UNITED STATES - 3

ZULAUF & CHAMBLISS
THE HOGE BUILDING, SUITE 1111
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-1114